RICHARD WARE LEVITT*
rlevitt@landklaw.com

NICHOLAS G. KAIZER*
nkaizer@landklaw.com

ZACHARY SEGAL**
EMILY GOLUB
   of counsel
emilygolublaw@gmail.com

\*  ADMITTED IN NY, FLA., AND D.C.
\*\* AWAITING NY ADMISSION

# LEVITT & KAIZER
### ATTORNEYS AT LAW
40 FULTON STREET
23rd FLOOR
NEW YORK, NEW YORK 10038-5077

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4444

March 29, 2020

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re: U.S. v. Castelle, 18 Cr. 15 (AKH)
        <u>Emergency Bail Application</u>

Dear Judge Hellerstein:

  We supplement our just-filed motion emergency application for bail pending appeal (DE 669) on behalf of defendant-appellant Eugene Castelle with the unfortunate news, reported yesterday, that "The Bureau of Prisons (BOP) confirmed late Saturday night that a federal inmate has died from COVID-19—the first known death of an inmate in the federal prison system." *See First Known Federal Inmate Dies of Coronavirus*, Reason.com, viewable at [https://reason.com/2020/03/29/first-known-federal-inmate-dies-of-coronavirus/](https://reason.com/2020/03/29/first-known-federal-inmate-dies-of-coronavirus/). Regrettably this story undoubtedly will be repeated many times in the near future and we therefore respectfully urge the Court to act expeditiously upon the emergency motion we have filed on Mr. Castelle's behalf.

           Respectfully submitted,

           */s/ Richard Levitt*

           Richard Levitt

Enc.
cc: AUSA Jacob Fiddleman