UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

UNITED STATES OF AMERICA,

**ORDER GRANTING MOTION**
**FOR BAIL PENDING APPEAL**

-against-

18 Cr. 15 (AKH)

EUGENE CASTELLE,

              Defendant.

------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Defendant moves to be released on bail pending his appeal from his conviction and sentence. *See* ECF No. 669. In light of Defendant's ailing health and the concomitant risk to Defendant from the COVID-19 pandemic, the Court grants Defendant's motion. Defendant shall be released on bail pending the outcome of his appeal pursuant to the same conditions that governed his pre-trial release.

      SO ORDERED.

Dated:    March 31, 2020
             New York, New York

                                     ALVIN K. HELLERSTEIN
                                     United States District Judge