UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
UNITED STATES OF AMERICA,  :  **ORDER MODIFYING**
                           :  **CONDITIONS OF RELEASE**
                           :
   -against-               :  18 Cr. 15 (AKH)
                           :
EUGENE CASTELLE,           :
                           :
              Defendant.   :
                           :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

On March 31, 2020, I granted Defendant's motion to be released on bail pending the outcome of his appeal from his sentence and conviction, subject to the conditions that had adhered prior to his guilty plea. *See* ECF No. 673. Upon further consideration of the conditions of COVID-19 and the Government's newly filed unopposed motion to modify the terms of Defendant's bail, *see* ECF No. 674, the Government's motion is granted and the following additional conditions shall apply to Defendant's bail.

Defendant shall remain self-quarantined at ███████████████████████, ███████████, for 14 days after his release, subject to location monitoring at the following telephone number: ███████████. On the tenth day of such self-quarantine, Defendant shall call Pretrial Services to report his condition and to schedule an appointment for the placement of location-monitoring equipment.

SO ORDERED.

Dated:  April 3, 2020              _____/s/_____
        New York, New York          ALVIN K. HELLERSTEIN
                                    United States District Judge