RICHARD WARE LEVITT*
rlevitt@landklaw.com

NICHOLAS G. KAIZER*
nkaizer@landklaw.com

ZACHARY SEGAL**
EMILY GOLUB
　of counsel
emilygolublaw@gmail.com

\*   ADMITTED IN NY, FLA., AND D.C.
\*\* AWAITING NY ADMISSION

# LEVITT & KAIZER
ATTORNEYS AT LAW
40 FULTON STREET
23rd FLOOR
NEW YORK, NEW YORK 10038-5077

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4444

April 15, 2020

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

　　　　　　　　　Re:　United States v. Castelle,
　　　　　　　　　　　　18 Cr. 15 (AKH)

Dear Judge Hellerstein:

　　　We represent Eugene Castelle on appeal from the judgment of conviction and sentence entered in the above-captioned case. On April 3, 2020 the Court released Mr. Castelle on bail pending appeal, with conditions that included that he "shall remain self-quarantined … for 14 days after his release, subject to location monitoring …. On the tenth day of such self-quarantine, Defendant shall call Pretrial Services to report his condition and to schedule an appointment for the placement of location-monitoring equipment." Mr. Castelle has been in contact telephonically with Pretrial Services on several occasions since his release.

　　　I have been in periodic contact with Mr. Castelle, who reported he had been seriously ill during the first many days of his quarantine – with symptoms suggesting COVID-19, but is presently improving. Pretrial Services Officer Ashley Cosme informed me today that Mr. Castelle has reported his condition similarly to her, adding that he has not been tested for COVID-19 but does believe he was afflicted by it. Ms. Cosme therefore suggested I write to the Court "to advise of the defendant's symptoms and request that an additional 14 days of quarantine be ordered prior to the installation of location monitoring otherwise, the defendant will be in violation of his conditions."

　　　I believe Ms. Cosme's request is in both Mr. Castelle's interest and in the interest of those who will need to interact with him when he obtains his monitoring device. Therefore, I respectfully request that the Court grant Mr.

LEVITT & KAIZER  
ATTORNEYS AT LAW

Hon. Alvin K. Hellerstein  
April 15, 2020  
Page -2-

Castelle an additional 14 days to remain at home before being set up for location monitoring.

Thank you for considering this application.

Respectfully submitted,

Richard Levitt

cc: AUSA Jacob Fiddelman  
    Pretrial Services Officer Ashley Cosme