LEVITT & KAIZER
ATTORNEYS AT LAW
40 FULTON STREET
23rd FLOOR
NEW YORK, NEW YORK 10038-5077

RICHARD WARE LEVITT*
rlevitt@landklaw.com

NICHOLAS G. KAIZER*
nkaizer@landklaw.com

ZACHARY SEGAL**
EMILY GOLUB
  of counsel
emilygolublaw@gmail.com

* ADMITTED IN NY, FLA., AND D.C.
** AWAITING NY ADMISSION

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4444

*So Ordered*
*[signature] 4-19-2020*

April 17, 2020

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   United States v. Castelle,
      18 Cr. 15 (AKH)

Dear Judge Hellerstein:

We represent Eugene Castelle on appeal from the judgment of conviction and sentence entered in the above-captioned case. We write with the government's consent to substitute security for Mr. Castelle's bond. On April 3, 2020 the Court released Mr. Castelle on "bail pending the outcome of his appeal pursuant to the same conditions that governed his pretrial release…" (Original bond with modification on p.5, annexed). Castelle's brother initially posted his home in Staten Island but he is now selling that home. We have proposed that Castelle's girlfriend, Jamie Rana, post her home located at 160 Chandler Avenue, Staten Island, NY 10314 to fully secure the $500,000 bond – in addition to the two original financially responsible sureties. Her equity in the home fully supports the bond.  We therefore respectfully request that Eugene Castelle's April 3, 2020 bond modification be further modified to permit his securing the bond with the property of Jamie Rana who will immediately execute a confession of judgment for counsel's ultimate filing.

Thank you for considering this application.

Respectfully submitted,

Richard Levitt

cc: AUSA Jacob Fiddelman
    Pretrial Services Officer Ashley Cosme