**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 4, 2020

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Eugene Castelle*, S7 18 Cr. 15 (AKH)

Dear Judge Hellerstein:

    The Government respectfully submits this letter motion with regard to defendant Eugene Castelle's current release on bail pending appeal due to COVID-19. The defendant is currently under mandatory home incarceration, subject to a period of quarantine before the Pretrial Services Office fits the defendant with the necessary electronic monitoring equipment. On April 16, 2020, at the request of the Pretrial Services Office, this Court ordered an additional 14-day extension of the quarantine period before installation of the electronic monitoring equipment because the defendant was experiencing COVID-19-like symptoms. (Dkt. 677).

    The Pretrial Services Office has now informed the parties that the defendant was tested for COVID-19 on April 20 and received a positive test result several days later. Accordingly, with the consent of all parties, the Government requests that the Court further extend the defendant's mandatory quarantine, and the deadline for installation of the electronic monitoring equipment, by an additional 14 days to May 18, 2020.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

by: _____
    Jacob R. Fiddelman
    Hagan Scotten
    Assistant United States Attorneys
    (212) 637-1024 / 2410

cc:    Richard Levitt, Esq. (by ECF)
    Pretrial Services Officer Ashley Cosme (by email)

*[Handwritten notation across page: "So Ordered, /s/ Alvin K. Hellerstein 5-5-20"]*