# LEVITT & KAIZER
### ATTORNEYS AT LAW

RICHARD WARE LEVITT*
rlevitt@landklaw.com

NICHOLAS G. KAIZER*
nkaizer@landklaw.com

ZACHARY SEGAL
EMILY GOLUB
  of counsel
emilygolublaw@gmail.com

* ADMITTED IN NY, FLA., AND D.C.

40 FULTON STREET
23rd FLOOR
NEW YORK, NEW YORK 10038-5077

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4444

July 16, 2020

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

The request is so ordered.

Alvin K. Hellerstein /s/
July 16, 2020

Re:   United States v. Castelle,
      18 Cr. 15 (AKH)

Dear Judge Hellerstein:

    We represent Eugene Castelle who was released to home conferment pending appeal. He has been out twice for Coronavirus testing since his since his April 3, 2020 release from custody. Mr. Castelle has a dental abscess and would like to visit his long-time dentist, Alvin Jacobs, in Ft. Lee, NJ. He is attempting to get an appointment for Tuesday, July 21, 2020.  If approved, Mr. Castelle will go to the dentist and then straight home, making no stops in between. The government does not object to this application.

Respectfully submitted,

Richard Levitt

cc: AUSA Jacob Fiddelman
    Pretrial Services Officer Ashley Cosme