


# COVID-19






# People at Increased Risk
And Other People Who Need to Take Extra Precautions

Updated Mar. 15, 2021        Print



## People at Increased Risk for Severe Illness
Some people are more likely than others to become severely ill

Older Adults

Pregnant People

People with Medical Conditions

### COVID-19 Vaccines Information for Specific Groups
Vaccine information for older adults, long-term care facility residents, people with underlying medical conditions, people at high risk for severe illness, people with disabilities, and more.

COVID-19 Vaccine Information

## Other People Who Need Extra Precautions
Factors that mean you might need to take extra precautions against COVID-19



### Resources for Limited-English-Proficient Populations
A communication toolkit with non-English COVID-19 resources



## Supporting Those Needing Extra Precautions

Caring for People with Disabilities

Caring for People with Developmental and Behavioral Disorders

Caregivers of People Living with Dementia

Cited in U.S. v. Castelle 18Cr15. Decided 3/30/21
Archived on 4/6/21
This document is protected by copyright. Further reproduction is prohibited without permission.



Risk for COVID-19 Infection, Hospitalization, and Death by Age Group

Risk for COVID-19 Infection, Hospitalization, and Death by Race/Ethnicity

## Digital Resources



[What You Can do if You Are at a Higher Risk (PDF)](#)

---

## More Information

[Prevent Getting Sick](#)

[How to Protect Yourself and Others](#)

[Symptoms and Testing](#)

[If You Are Sick](#)

[Visiting friends and family with higher risk for severe illness](#)

Last Updated Mar. 15, 2021

Cited in US v Castelle
18Cr15 Decided 3/30/21
Archived on 4/6/21
This document is protected by copyright.
Further reproduction is prohibited without permission.