RECEIVED
SDNY PRO SE OFFICE

UNITED STATES DISTRICT COURT 2021 JUN 21 AM 10:47
SOUTHERN DISTRICT OF NEW YORK

EUGENE CASTELLE

Write the full name of each plaintiff or petitioner.

Case No. 21 CV 4694 (AKH)
          18 CR-0015-10 (AKH)

-against-

UNITED STATES OF AMERICA

NOTICE OF MOTION

Write the full name of each defendant or respondent.

PLEASE TAKE NOTICE that _Petitioner_ _EUGENE CASTELLE_
                        plaintiff or defendant    name of party who is making the motion

requests that the Court: Pursuant to Rule 6(A) of the Rules Governing Section 2255 Proceedings, direct the Clerk to provide Petitioner with a copy of Declaration filed by Gerald J. McMahon, Esq. (Doc. 767).

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☒ my own declaration, affirmation, or affidavit

☐ the following additional documents:   Castelle v. United States of America
21-cv-4694

June 16, 2021
Dated

_Eugene Castelle_
Signature

Eugene Castelle
Name

00633-748
Prison Identification # (if incarcerated)

33 1/2 Pembroke Rd,    Danbury,    CT    06811
Address                City        State  Zip Code

N/A                     N/A
Telephone Number (if available)   E-mail Address (if available)