UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2021 JUN 24  AM 10: 47

EUGENE CASTELLE

Fill in above the full name of each plaintiff or petitioner.

Case No. 21 CV 4694 (AKH)
18 CR-0015-10 (AKH)

-against-

UNITED STATES OF AMERICA

Fill in above the full name of each defendant or respondent.

## DECLARATION

In Support of Request For A Copy of Declaration of Gerald J. McMahon, Esq.

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's Motion for Summary Judgment."

I, EUGENE CASTELLE, declare under penalty of perjury that the following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court order. You may also refer to and attach any relevant documents.

(a) On May 25, 2021, petitioner filed motion under 28 U.S.C. Sec. 2255, asserting that Gerald J. McMahon provided ineffective counsel; (b) On June 8, 2021, the Court ordered Mr.

Rev. 6/30/16

McMahon to respond to petitioner's allegations; (c) On June 10, 2021, Mr. McMahon filed his Declaration with the Court (Doc. 767); (d) The petitioner submits that he cannot adequately advance his claim without being provided a copy of Mr. McMahon's Declaration; and (e) The petitioner is entitled to be provided with a copy of Mr. McMahon's Declaration under Rule 6(A) of the Rules Governing Section 2255 Proceedings.

Attach additional pages and documents if necessary.

June 16, 2021
Executed on (date)

Signature

EUGENE CASTELLE
Name

Prison Identification # (if incarcerated)

33 1/2 Pembroke Rd, Danbury, CT 06811
Address                City           State    Zip Code

N/A
Telephone Number (if available)

N/A
E-mail Address (if available)

PROOF OF SERVICE

This is to certify that I have served a copy of the foregoing NOTICE OF MOTION for copy of Declaration of Gerald J. McMahon, ESQ., and Declaration in Support of Request for a copy of Declaration of Gerald J. McMahon, ESQ., on U.S. Attorney, Southern District of NY, 1 St. Andrews Plaza, NY, NY 10007, this 16th day of June, 2021, via first class U.S. Mail.

Eugene Castelle

