UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENE CASTELLE,<br><br>        Petitioner,<br><br> -against-<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | 21 Civ. 4694 (AKH)<br><br>18 Cr. 15-10 (AKH)<br><br>**ORDER** |

ALVIN K. HELLERSTEIN, United States District Judge:

   Petitioner Eugene Castelle moves to direct the Clerk to provide him a copy of the declaration filed by Gerald J. McMahon, Esq. (ECF No. 767). *See* ECF No. 771. Petitioner's motion is denied as moot. The Clerk will mail the document in due course. The United States Attorney's Office also should mail a copy to him.

SO ORDERED.

Dated: New York, New York
    June 25, 2021

                     /**s**/
                    ALVIN K. HELLERSTEIN
                    United States District Judge