UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUGENE CASTELLE,
     Petitioner,       Case No. (s): 1:21-CV-04694
                                    18 CR. 15 (AKH)

          v.

UNITED STATES OF AMERICA,
     Respondent.

## NOTICE OF EMERGENCY MOTION FOR RELEASE ON BOND

The petitioner, Eugene Castelle, PRO SE, hereby submits his Notice of Emergency Motion For Release on Bond. The basis of the instant motion is fully explained in the Declaration in Support of Emergency Motion For Release on Bond, herewith submitted.

— 1 —

Respectfully submitted,

EUGENE CASTELLE, Pro Se
33½ Pembroke Road
Danbury, CT 06811

Dated: November 2, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

— — — — — — — — — — — — — — — — —

EUGENE CASTELLE,
        Petitioner,          CASE No. CSI: 18 CR. 15 (AKH)
                             1:21-CV-04694-AKH

        V.

UNITED STATES OF AMERICA,
        Respondent.
— — — — — — — — — — — —

DECLARATION OF EUGENE
CASTELLE IN SUPPORT OF
EMERGENCY MOTION FOR
        RELEASE ON BOND

    I, Eugene Castelle, under
PENALTY OF PERJURY, hereby declare
AS FOLLOWS:
    1. I AM the petitioner in the
Above entitled ACTION AND submit
the instANT DeclaRATioN in support
OF MY emergency MOTioN FoR Release
ON bond.

— 1 —

2. Since August 5, 2021, this case has been ripe for adjudication.

3. This Court has the authority to grant my request for release on bond. See _Acosta v. United States_, 2019 U.S. Dist. LEXIS 149018 (W. D. of NY, Sept. 2, 2019) (granting bail in a section 2255 case); and _Johnston v. Marsh_, 227 F2d. 528 (3d. Cir. 1955) (affirming grant of bond in a habeas case)

4. In its June 8, 2021 order, the Court found that I raised a substantial claim. I have demonstrated a likelihood via my reply to the government's opposition and the submitted exhibits that my motion will prevail.

FINALLY, I submit that my case is
an exceptional one deserving of
bond because I have already been
in custody for 20 months, And
Further confinement will render
the remedy Attended by 28 U.S.C.
Section 2255 ineffective if I
prevail on the merits, because
I will have lost any possibility
of being put in a position to
receive anything close to the
8 to 14 month sentence I was
offered via the government's plea
offer. In this regard, it is
important to note that I was
previously released by the court
on bond pending appeal, without
incident. See ECF No. 738.
Accordingly, I should be released
on bond in order to maintain
Section 2255 as an effective
remedy for the relief I seek.

*EUGENE CASTELLE*
Dated: November 2, 2021

PURSUANT to 28 U.S.C. Section 1746, I, Eugene Castelle, under penalty of perjury, hereby declare that the above statements are true and correct.

*EUGENE CASTELLE*

—4—

# PROOF OF SERVICE

This is to certify that A copy of the foregoing Notice of Emergency Motion for Release on Bond and Declaration of Eugene Castelle in Support of Emergency Motion for Release on Bond has been mailed to:

JACOB R. Fiddelman
Asst. U.S. Attorney
1 St. Andrews Plaza
NY, NY 10007

... VIA First class U.S. Mail this 2nd day of November, 2021.

Eugene Castelle

EUGENE CASTELLE
00633-748
F.C.I DANBURY
33½ Pembroke Road
Danbury, CT 06811

RECEIVED
NOV 04 2021
CLERK'S OFFICE
S.D.N.Y.

Clerk
US. District Court
Southern District of NY
NY, NY 10007

USMP3
SDNY

Criminal Jur
Docketing