UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUGENE CASTELLE,
  Petitioner,

v.

UNITED STATES OF AMERICA,
  Respondent.

CASE NO. 18CR15AKH
1:21-CV-04694-AKH

PETITIONER'S REPLY TO GOVERNMENT'S OPPOSITION TO RELEASE ON BOND.

The petitioner, Eugene Castelle, pro se, hereby replies as follows to the government's opposition to his emergency motion for release on bond:

1. The government concedes that the court has the authority to grant the petitioner's request. (Opp. at p. 1)

-1-

2. The government argues that the petitioner's claim is not substantial. Opp. at p. 1. Not so. In ordering the government to respond to the petitioner's motion under 28 U.S.C. Section 2255, the Court found in its June 8, 2021 order that the petitioner's claim was substantial.

3. Finally, the government argues that the petitioner's case is not an exceptional one deserving of bond. Opp. at p. 1) The petitioner has already been in custody for 20 months, and further confinement will render the remedy under section 2255 ineffective should he prevail on the merits, because he will have lost any possibility of being re-offered put in a position to be the anything close to the 8 to 14 month plea offer, the specific remedy

-2-

proscribed by the Supreme Court in Lafler v. Cooper, ___ U.S. ___ (2012), in a situation like this one.

4. The petitioner was released pending trial and direct appeal resolution, which demonstrates that he is neither a danger to the community or a flight risk if released in this instance. Accordingly, justice would best be served by releasing the petitioner on bond pending a merits ruling on his substantial section 2255 claim in order to maintain section 2255 as an effective remedy. See Acosta v. United States, 2019 U.S. Dist. LEXIS 149018 (W.D.N.Y. Sept. 21, 2019) (granting bail in a section 2255 case).

-3-

## CONCLUSION

The petitioner should be released on bond in order to maintain Section 2255 as an effective remedy.

Respectfully submitted,

*Eugene Castelle*
EUGENE CASTELLE, Pro Se
33 1/2 Pembroke Road
Danbury, CT 06811

Dated: November 12, 2021

-4-

## PROOF OF SERVICE

This is to certify that a copy of the foregoing Petitioner's Reply to Government's Opposition to Release on Bond has been mailed to Jacob Fiddelman, AUSA, 1 St. Andrews Plaza, NY, NY 10007, this 12th day of November, 2021, via First Class Mail.

*Eugene Castelle*
EUGENE CASTELLE

Envelope:

From:
Eugene Castelle 00633-748
33½ Pembroke Road
Danbury, CT 06811
FCI Danbury

To:
Clerk
US District Court
500 Pearl Street
N.Y., N.Y. 10007

Criminal Docketing JKR

Stamp: RECEIVED NOV 19 2021 CLERK'S OFFICE S.D.N.Y.
Stamp: USDC SDNY