UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA                      :
                                              :
    -against-                             :   **SCHEDULING ORDER**
                                              :
EUGENE CASTELLE,                              :
                                              :   18 Cr. 15-10 (AKH)
                                 Defendant.   :
------------------------------------------------------------- x
EUGENE CASTELLE,                              :
                                              :
                                 Petitioner,   :
                                              :
    -against-                             :   21 Civ. 4694 (AKH)
                                              :
UNITED STATES OF AMERICA,                     :
                                              :
                                 Respondent.  :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The parties are hereby ordered to appear for a remote hearing on January 19, 2022, at 12:00 p.m., which will be held via the following call-in number:

       **Call-in number: 888-363-4749**

       **Access code: 7518680**

       To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones.  Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

       Finally, no later than January 17, 2022, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

       SO ORDERED.

Dated:    December 29, 2021                      /s/  Alvin K. Hellerstein
                New York, New York           ALVIN K. HELLERSTEIN
                                                            United States District Judge