UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUGENE CASTELLE,
    Petitioner,

v.

UNITED STATES OF AMERICA,
    Respondent.

No. 1:21-CV-04694-AKH
18 CR 15-AKH

## MOTION FOR APPOINTMENT OF AMICUS COUNSEL

The petitioner, Eugene Castelle, pro se, requests that the Court appoint amicus counsel for the purposes of the remote hearing scheduled for January 19, 2022, for the reasons set forth below:

1. The petitioner is confined at F.C.I. Danbury and is proceeding pro se.

—1—

2. On December 29, 2021, the court entered a Scheduling Order directing the parties to appear remotely for a hearing on January 19, 2022.

3. FCI Danbury is currently on restrictive prisoner movement due to the high rate of COVID infection in the surrounding community.

4. The petitioner submits that the appointment of amicus counsel would be logistically beneficial to all parties involved because amicus counsel would be able to coordinate with staff at FCI Danbury to make sure the petitioner is available for the purposes of the remote hearing at the time specified

- 2 -

in the Court's order, and would be able to communicate with government counsel regarding the logistics of related scheduling matters.

WHEREFORE, the petitioner requests that amicus counsel be appointed to assist him with the logistics of accomodating the Court's December 29, 2021 scheduling order.

Respectfully submitted,

EUGENE CASTELLE
Pro Se
33½ Pembroke Road
Danbury, CT 06811

Dated: December 30, 2021

-3-

PROOF OF SERVICE

This is to certify that a copy of the foregoing Motion For Appointment of Amicus Counsel has been mailed to Jacob Feddleman, AUSA, 1 St. Andrews Plaza, NY, NY 10007, this 30th day of December, 2021, via First Class Mail.

Eugene Castelle

Mr. Eugene Gotelle
Reg. No. 06633-748
Federal Correctional Inst
33½ Pembroke Road
Danbury, CT 06811

Clerk
U.S. District Court
Southern District of NY
500 Pearl Street
NY, NY 10007