UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
: 
UNITED STATES OF AMERICA, :
:
                      Plaintiff, :
     -against- :
:   18 Cr. 15 (AKH)
:
EUGENE CASTELLE, : **ORDER DENYING REQUEST**
: **FOR COUNSEL**
                  Defendant. :
:
---------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

On January 7, 2022 Defendant Eugene Castelle moved for appointment for counsel to provide assistance in connection with his petition for habeas corpus. ECF No. 787. On January 18, 2022 I issued an order denying Castelle's petition and canceled the hearing scheduled for January 19, 2022. ECF No. 788. However, Castelle's January 7 motion remains pending, even though the underlying motion has been decided. Accordingly, Castelle's motion for counsel is denied as moot, and the Clerk shall terminate ECF No. 787.

SO ORDERED.

Dated:      January 20, 2022                    /s/ Alvin K. Hellerstein
               New York, New York           ALVIN K. HELLERSTEIN
                                                     United States District Judge