UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUGENE CASTELLE,

      Petitioner,   No. 1:21-CV-04694-AKH
       v.           18 CR 15 AKH

UNITED STATES OF AMERICA,
      Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 1
DATE FILED: 1/26/2022

## NOTICE OF APPEAL

The petitioner, Eugene Castelle, pro se, hereby appeals to the U.S. Court of Appeals for the Second Circuit from the order of this Court dated JANUARY 18, 2022, denying his motion under 28 U.S.C. Section 2255 AND denying a Certificate of Appealability.

Eugene Castelle
Dated: JANUARY 19, 2022



Mr. Eugene Costelle
No. 0663-748
Federal Correctional Institution
33½ Pembroke Road
Danbury, CT 06811

Clerk
U.S. District Court
500 Pearl Street
N.Y., NY 10007

10007-131608

Appeals

FEDERAL CORRECTIONAL INSTITUTION DANBURY
33 1/2 PEMBROKE ROAD, DANBURY, CT 06811
DATE: _____

THE ENCLOSED LETTER WAS PROCESSED THROUGH
SPECIAL MAIL PROCEDURES FOR FORWARDING TO YOU.
THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED.
IF THE WRITER RAISES A QUESTION OR PROBLEM OVER
WHICH THIS FACILITY HAS JURISDICTION, YOU
MAY WISH TO RETURN THE MATERIAL FOR FURTHER
INFORMATION OR CLARIFICATION. IF THE WRITER
ENCLOSES CORRESPONDENCE FOR FORWARDING
TO ANOTHER ADDRESSEE, PLEASE RETURN
THE ENCLOSURE TO THE ABOVE ADDRESS.