A copy of my order denying Petitioner's habeas petition will be mailed to Petitioner by my Chambers.
/s/ Alvin K. Hellerstein
February 2, 2022

Mr. Eugene Castelle
33 1/2 Pembroke Rd,
Danbury, CT 06811

January 19, 2022

Judge Alvin K. Hellerstein
500 Pearl Street
NY, NY 10007

Re: Eugene Castelle v. USA
Case No. 1:CV-21-04694-AKH

Dear Judge Hellerstein:

I write to complain that since I filed the above action, I have only received a copy of your order directing the govt. to respond. Please direct the clerk's office to send me copies of all orders entered since you June 8, 2021 order, and all future orders.

Sincerely,
Eugene Castelle