UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
UNITED STATES OF AMERICA,                                      :  **ORDER**
                                                               :
    -against-                                 :  18 Cr. 15 (AKH)
                                                               :
EUGENE CASTELLE,                                               :
                                                               :
                                  Defendant.              :
                                                               :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On August 12, 2022 Defendant Eugene Castelle filed a second motion for compassionate release.  The Government shall file a response by September 16, 2022.

        SO ORDERED.

Dated:    August 23, 2022                     _____/s/_____
              New York, New York              ALVIN K. HELLERSTEIN
                                                  United States District Judge